1  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
2  Molly Taylor (SBN 245985)
   Email: mataylor@reedsmith.com
3  Ashley L. Shively (SBN 264912)
   Email: ashively@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA 94105-3659
   Telephone: +1 415 543 8700
6  Facsimile: +1 415 391 8269

7  Attorneys for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE A. HARROLD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No.: CV11-3273-JCS<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Compl. Filed: July 1, 2011<br><br>Honorable Joseph C. Spero |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

This Stipulation is made by and between Plaintiff Lawrence A. Harrold ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (Plaintiff and BANA are collectively referred to as "the Parties"), by and through their attorneys of record.

**STIPULATION**

WHEREAS, Plaintiff filed this action on July 1, 2011 in the United States District Court, Northern District of California;

WHEREAS, Plaintiff served a copy of the Summons and Complaint on BANA on or about July 22, 2011;

WHEREAS, the Parties agree that BANA's time to respond to the Complaint shall be deemed timely if filed on or before August 22, 2011;

WHEREAS, the Parties agree that extending BANA's time to respond to the Complaint will not alter the date of any event or deadline already fixed by the Court. L.R. 6-1(a).

THEREFORE, the Parties hereto, by and through their attorneys of record, hereby agree and stipulate that BANA's responsive pleading to Plaintiff's Complaint shall be deemed timely if filed on or before August 22, 2011.

**SO STIPULATED:**

DATED: August 12, 2011

REED SMITH LLP

By _____
Ashley L. Shively
Attorneys for Defendant Bank of America, N.A.

DATED: August 12, 2011

_____
Hugo N. Torbet
Attorney for Plaintiff

Dated: 8/22/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -  Case No.: CV11-3273-JCS
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT