1  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
2  Molly Taylor Zapala (SBN 245985)
   Email: mzapala@reedsmith.com
3  Ashley L. Shively (SBN 264912)
   Email: ashively@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
6  Facsimile:    +1 415 391 8269

7  Attorneys for Defendant Bank of America, N.A.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| LAWRENCE A. HARROLD,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.;  and DOES 1-10, inclusive,<br><br>Defendants. | No.: CV11-3273-JCS<br><br>**JOINT STIPULATION TO VACATE AND RESET CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date:         January 27, 2012<br>Time:         1:30 p.m.<br>Courtroom:    G, 15th Floor<br>Compl. Filed: July 1, 2011<br><br>Honorable Joseph C. Spero |
|---|---|

1  This Stipulation is made by and between Plaintiff Lawrence Harrold ("Plaintiff") and
2  Defendant Bank of America, N.A. ("Defendant") (Plaintiff and Defendant are referred to as "the
3  Parties") by and through their respective counsel of record.

## STIPULATION

WHEREAS, the Parties engaged in an Early Settlement Conference with Magistrate Judge Laurel Beeler on January 17, 2012;

WHEREAS, the Parties will meet again with Judge Beeler on January 23, 2012;

WHEREAS, the Court has set a Case Management Conference in this matter for January 27, 2012 at 1:30 p.m.;

WHEREAS, the Parties agree it is in the interest of judicial economy to vacate and reset the Case Management Conference to a date approximately one month out to permit the Parties additional time to try and resolve the litigation with the assistance of Judge Beeler;

WHEREAS, the foregoing facts evidence good cause for the requested continuance.

THEREFORE, IT IS HEREBY STIPULATED:

The PARTIES stipulate that good cause exists to vacate and reset the Case Management Conference, presently set for January 27, 2012.  The Parties agree the Case Management Conference should be continued approximately one month until a date and time convenient for the Court.

**SO STIPULATED:**

DATED:  January 18, 2012          REED SMITH LLP

                                  By    /s/ Ashley L. Shively
                                       Attorney for Defendant Bank of America, N.A.

DATED:  January 18, 2012
                                  By    /s/ Hugo Torbit
                                       *[holographic signature on file]*
                                       Attorney for Plaintiff

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# [~~PROPOSED~~] ORDER

Based on the stipulation of the Parties, this Court hereby vacates the Case Management Conference set for January 27, 2012.  The Case Management Conference is rescheduled for __March 2_____, 2012 at 1:30 p.m. in Courtroom G, 15th Floor of the above captioned court.  Case management conference statements shall be filed by __February 24_____, 2012.

**SO ORDERED:**

DATED: ___January 19_____, 2012



_____
Hon. Judge Joseph C. Spero

- 3 -   Case No.: CV11-3273-JCS

JOINT STIPULATION TO VACATE AND RESET CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER