Hugo Torbet
Attorney at Law, SBN 147650
807 Montgomery St.
San Francisco, CA 94133
Telephone: (415) 986-9400
FAX: (415) 358-8650
email: hugotorbet@yahoo.com

Attorney for Plaintiff
Lawrence A. Harrold

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE A. HARROLD, | ) | No. C 11-03273 JCS |
| Plaintiff, | ) | |
| v. | ) | VOLUNTARY DISMISSAL BY STIPULATION |
| BANK OF AMERICA, N.A., and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

The parties having reached a settlement of this case which was placed on the record on February 6, 2012, and the parties having executed a written settlement contract which requires dismissal of this action, among other covenants, hereby stipulate through their respective counsel that this matter may be, and is, dismissed with prejudice pursuant to Federal Rule of Civil

///
///
///
///
///
///

Case No. C 11-03273 JCS
Voluntary Dismissal by Stipulation                1

Procedure 41(a)(1)(ii).

Dated: February 23, 2011

                                              Respectfully submitted,

                                              _____/s/_____
                                              Hugo Torbet
                                              Attorney for Plaintiff

                                              Reed Smith, LLP


                                              By:        _____/s/_____
                                                            Ashley L. Shively
                                                          Attorneys for Defendant

Dated: February 27, 2012

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C 11-03273 JCS
Voluntary Dismissal by Stipulation    2