```
 1  Hugo Torbet
    Attorney at Law, SBN 147650
 2  807 Montgomery St.
    San Francisco, CA 94133
 3  Telephone: (415) 986-9400
    FAX: (415) 358-8650
 4  email: hugotorbet@yahoo.com

 5  Attorney for Plaintiff
    Lawrence A. Harrold
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  LAWRENCE A. HARROLD,          )    No. C 11-03273 JCS
                                  )
12          Plaintiff,            )
                                  )    VOLUNTARY DISMISSAL BY
13       v.                       )    STIPULATION
                                  )
14  BANK OF AMERICA, N.A., and    )
    DOES 1 through 10, inclusive, )
15                                )
            Defendants.           )
16  _____)
```

17    The parties having reached a settlement of this case which

18 was placed on the record on February 6, 2012, and the parties

19 having executed a written settlement contract which requires

20 dismissal of this action, among other covenants, hereby stipulate

21 through their respective counsel that this matter may be, and is,

22 dismissed with prejudice pursuant to Federal Rule of Civil

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Case No. C 11-03273 JCS
Voluntary Dismissal by Stipulation          1

1  Procedure 41(a)(1)(ii).
2  Dated: February 23, 2011
3                                              Respectfully submitted,
4
5                                              _____/s/_____
                                               Hugo Torbet
6                                              Attorney for Plaintiff
7                                              Reed Smith, LLP
8
9                                              By:  _____/s/_____
                                                    Ashley L. Shively
10                                                  Attorneys for Defendant
11
12 Dated: February 27, 2012

IT IS SO ORDERED

Judge Joseph C. Spero

Case No. C 11-03273 JCS
Voluntary Dismissal by Stipulation                    2